
ORIGINAL

FILED

03/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0606

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0606

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHRISTOPHER I TOULOUSE,

    Defendant and Appellant.

O R D E R

FILED

MAR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for Appellant Christopher I Toulouse filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that he has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Toulouse responded to counsel's brief and objected to counsel's motion.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We have considered the arguments raised by counsel and by Toulouse in his response. We conclude there are no arguments with potential legal merit that could be raised in a direct appeal of Toulouse's conviction in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

DATED this _____ day of March, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                 Justices

2